IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY LEE JORDAN                                                 PLAINTIFF

v.                  Civil No. 05-2067

DEPUTY BRANHAM                                         DEFENDANT

## **ORDER**

On October 28, 2005, defendant filed a summary judgment motion (Doc. 16). To assist plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

For this reason, Jerry Lee Jordan is hereby directed to complete, sign, and return the attached response to defendant's summary judgment motion on or before **December 12, 2005**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 9th day of November 2005.

                                                          /s/ Beverly Stites Jones
                                                          UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY LEE JORDAN                                                                    PLAINTIFF

          v.                         Civil No. 05-2067

DEPUTY BRANHAM                                                                DEFENDANT

### RESPONSE TO SUMMARY JUDGMENT MOTION

TO: JERRY LEE JORDAN

These questions and answers will serve as your response to defendant's motion for summary judgment. You may use additional sheets of paper in responding to these questions. You must file this response by **December 12, 2005.**

1 (A). Provide the dates of your incarceration at the Sebastian County Detention Center (SCDC).

Answer:

_____

_____

_____

_____

(B). You were serving a sentence for possession of methamphetamine.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendant's exhibit 2 at ¶ 2.

_____

_____

_____

_____

      2(A). On March 24, 2005, you were prescribed 600 mg. of Motrin (Ibuprofen) and medicated mouthwash for pain by the night shift nurse at the SCDC.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain. In explaining, please refer to defendant's exhibit 2 at ¶ 3.

_____

_____

_____

_____

      (B). You were to receive this medication twice daily for your teeth.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain. In explaining, please refer to defendant's exhibit 2 at ¶ 3.

_____

_____

_____

_____

      3. Medications were passed out to inmates at the SCDC four times each day: before breakfast, before lunch, before dinner, and before lights out.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain. In explaining, please refer to defendant's exhibit 2 at ¶ 4.

_____

_____

_____

_____

_____

      4.  The night shift gave you your medication twice daily before lights out and before breakfast.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to defendant's exhibit 2 at ¶ 5(A).

_____

_____

_____

_____

      5.  Although Deputy Branham failed to give you your medication all four days he worked in late March of 2005, you received your prescribed medication twice each day.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to defendant's exhibit 2 at ¶ 5(A).

_____

_____

_____

_____

_____

    6. You received your medication twice on March 24, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendant's exhibit 2 at ¶ 5(A)

_____

_____

_____

_____

    7. You state Deputy Branham failed to give you your medication a total of eight times. Please state: (a) what days you did not get your medication from Deputy Branham; (b) on those days how often did you get your medication; and (c) when did you get your medication.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

8. What hours did Branham work?

Answer:

_____

_____

_____

_____

9. What time was Branham supposed to have given you your medication?

Answer:

_____

_____

_____

_____

10. On the days Branham did not give you your medication, what was the longest period of time you went without your Motrin and medicated mouth wash.

Answer:

_____

_____

_____

_____

_____

      11.   You suffered no physical injury as a result of Branham not passing out your medication.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain. In explaining, please refer to defendant's exhibit 2 at ¶ 6.

_____

_____

_____

_____

      12.   Other than these four days, on the days Branham worked did he provide you with your medication?

      Answer: Yes _____ No _____.

      If you answered no, please explain in detail.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

13. Any physical discomfort you suffered was a result of your dental condition and not Branham's actions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

14. Do you believe Branham deliberately or intentionally failed to give you your medication?

Answer: Yes _____ No _____.

If you answered yes, please explain in detail what you base this belief on.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

15. Do you contend a custom or policy of Sebastian County or the SCDC was the moving force behind the deprivation of your federal constitutional rights?

Answer: Yes _____ No _____.

If you answered yes, please describe the custom and policy and how it operated to deprive you of your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

16. Individuals can be sued under § 1983 in their individual capacity or in their official capacity. Claims against individuals in their official capacities are equivalent to claims against the entity for which they work. Personal capacity claims, on the other hand, are those which allege personal liability for individual actions by officials in the course of their duties. Did you intend to sue Branham in his individual capacity, his official capacity, or in both capacities?

Answer:

_____

_____

_____

_____

_____

_____

17. You have alleged that Branham signed a log indicating he gave you your

medication. If you have a copy of the log, please attach it to this response. If you do not have a copy, please state: (a) when he signed the log; (b) how you know he signed the log; and (c) state whether he also signed your initials to the log.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

18. When medication is passed out at the SCDC, the inmate has to initial a log or medication sheet indicating he has received his medication.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

**Detail below any further response you would like to make to defendant's summary judgment motion. If you have any exhibits you would like the court to consider, please attach the exhibits to this response.**

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2005.

_____
JERRY LEE JORDAN